# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

_Dan S. Doe_

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:15-cv-09296
Judge John W. Darrah
Magistrate Judge Daniel G. Martin

vs.

MCD Company CEO
Steve Easter Brook
d/b/a mcdonalds corporation EttL
c/o Paul Barrera Barrera
Dora Powell c/o
Owner Esperanza McSween #5708
Unknown Employee harrasors threateners
color of law Rocco J. Claps Director #OtTR-

Case No. _____
(To be supplied by the Clerk of this Court)

**RECEIVED**

OCT 2 0 2015

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

_____ ☒ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

1964 Civil rights violation - 42 USC - S 200 d(d)

_____ **OTHER** (cite statute, if known) Spoilation of evidence Rule 37(e)
USC 28,1352(5) conspiracy

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

1/4/5 Amendment art I sect 19 - IL
constitution

**I. Plaintiff(s):**

A. Name: J DOE c/o DUNN

B. List all aliases: _____

C. Prisoner identification number: _____

D. Place of present confinement: _____

E. Address: 627 S Sangamon St

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: MCD, Director Steve easterbrook ceo corporate "vicarious" McDees Policy/implementor

Title: Ceo / McDonald corporation & unknown President Directors

Place of Employment: OakBrook IL

B. Defendant: Raul Barrera Burrera no name tag (tag "clothes" manager (shoes)

Title: manager allegedly "shift lead etc apparently #5708

Place of Employment: McDonalds /o/8/A with "Mcsween" several restaurants

C. Defendant: Esperanza Mc Sween owner/operator

Title: Owner - alleged " Snapshot . Occurrence

Place of Employment: 2505 S. King Drive

a subsequent late registry Listed - 22577 Brian Court
(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.) 60471 - Richton Park

c/o - Ms Dora Powell , Manager as of cashier May 28 - 2015 - of Mcsween corporation enterprises 2525 S king Drive #5708

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 14428 Hicky vs, Etal
   Rhim vs Sheriffs/Harling

B. Approximate date of filing lawsuit: 2013 – 2015

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: J Doe

D. List all defendants: Etal   Liberty harding Hicky

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal eastern

F. Name of judge to whom case was assigned: Hon Bucklo

G. Basic claim made: Civil Rights Injury

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Unknown   Disposed of

I. Approximate date of disposition: 2013 – 2

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Oct 17-2014 Dunn went to the Esperanza Corporation with money out #1 in hand requesting" fresh cup of coffee no remarks etc, cracked a joke with ms Powell, until she grudgingly took order with Smacks "Raul Purrera/Ogrera, staring under color of law state fed-viol shoved Powell out the way taking The cash out the Register, he screamed" we dont give a fuck about the Tohr" as Dunn stated he'd go to Tohr If disabled Denied service, the fuc you"! get the fuck out of here,"! Before U get fucked up continued, until J Haney came from f restroom, Barera threatened(+) cops & freedom deprivations after repeatedly sliping, shoving, cash #1 DOLLar Back, & no forth over the counter, the cops were called, Raul hung up the phone on them, Mr Haney caucasian tryed Aiding with cash until verbally abused by mcdees workers Violently—Dunn cited Federal state laws, all to Raul about right to drink with money, only subjected to" Ill give you a fresh cup If he gets the fuck out here", we left cold — no drink, raul was made under Dunn's directives, Pleas, repeatedly to give his name by a female no nametag wearing, Or thru manager, In mcdees clothes to write his name down for reporting Purposes, we left under jeers, Abuse X other employees screaming "dont tell him "your name, Hide Bager, — Ne[...] employees have vanished & the "spoilation of evidence occured quick

Revised 9/2007

4

Dunn Put McDees on notice
to not Destroy the camera
footage to Wisconsin corp
location req to foward it
there and to the Northbrook
corporation location triggering
the "preservation requirement
routinely the chicago police Dept
Denied Dunn a report Saying
thats civil, Dunn Quickly
reported it to FTC, FBI / In Person
& to I.G - BBB- city corrupt human
relation commission who "Blocthed
Purposefully the complaint (rights
of Dunn, the company hired a
Lawyer whoe Aided in violating
several Attorney rules, Even Compromising
The statues of the State & Constitution
This Business as since tried Changing
Its structure In Fraud, naming Owners) as
Echen on Jackson & Lake, Dpt of Oct 17-2014
It was "no registry" Dunn was always
Denied a fresh cup of coffee, and when the returned
making the Drink In the back" It caused
a Illness to Dunns Tommy, bowel complications Etc
er oom (several visits, the corporate McDees relationship

*[handwritten annotations at top:]* Cite Business Spoilation of evid. Intentionally — Fine Punish — Fine Business for Title II — 42USC 2000 Public accomodations act for Dunn I Pray

## V. Relief:

*[handwritten:]* rule an Injunctive relief help me attain redress for this heinous act

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. *[handwritten:]* — 10Hr to change its procedures / policies

*[handwritten:]* Punitive Damages Actual Pain & Suffering (pills errors) (Mental anguish) Infliction of Stomach ailments, Attorney cost fees Compensatory Damages, Attorney Fines for Criminal Penalty for Destruction of evidence Intentionally to harm the Presvoice gross negligence failure to conservation — making Dunn Sue

*[left margin handwritten:]* Medical Bills, Future Doctor treatment

## VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

*[handwritten:]* Title II — 2000 (a)(c) §

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___ day of ___, 20 __

_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)   S Doe / Dunn

_____
(I.D. Number)

_____
_____
(Address)   Chicago Illinois 60___

Revised 9 2007

# Exhibit A

```
TIME   : 10/20/2014 14:07
NAME   :
FAX    :
TEL    :
SER. # : U63314E3J404338
```

```
DATE,TIME        10/20  14:06
FAX NO./NAME     13128295732
DURATION         00:01:24
PAGE(S)          82
RESULT           OK
MODE             STANDARD
```

**STAPLES**

**copy&print**

Tip Violation RGTS

To: Hon. FBI 1964 Civil

Fax #: 312 - 829 - 5732

Date: Oct - 21 - 2014

Number of Pages (Including Cover): ___

Complimentary
Self-Serve Fax Cover Sheet

From: DUNN - "Preserve footage"

Phone #: 773 - 678 - 6831

Reply Fax #: Store # 5708 Unregistered McDonalds

Urgent ☐   Confidential ☑   Confirm Receipt ☐   "we were under"

"Soch Dunn & Jennifer(!) For "No ommissions(acts/solicitation-reasons" "we were under the
-press, cursing & threats)," - By Craul Burrereala - A black Fem. & Mexican female - over
-over 3 cameras - on "10-17-14" at McDonalds 2525 S. KingDrive thru worker
Dunn was told when asked "fresh cup of coffee - to be made In Front of m
were told " get the fuck out of store)) By Raul - manager, Dunn wore a
-fi & was handicapped & thirsty - when J-haney came out the restroom

We'll do it right the first time — guaranteed." saying wats up ??

the tried alleviating situation. told If He leaves/gets fuck out ILC serve yo

Black & white copies • Color copies • Custom printing • Binding • Folding • Wide-format copying • Custom stamps • UPS shipping and more

employee n the tags RUC banell... 7/13 blzsvc

**that was easy.**

b.     **Title or Description:** <u>Written Statement of Jennifer Haney, dated March 30, 2015</u>
       **Source:** <u>Complainant</u>
      **Relevant Content:** Haney states that as she was returning from using Respondent's restroom she heard Barrera screaming, "Get the f#ck out of here." Complainant informed Haney what happened while she was in the restroom. Haney took money out of her purse and asked for a fresh cup of coffee. Barrera told Haney, "If [Complainant] gets the f#ck out of the store, I'll serve you, because it's for him." Haney told Barrera that she had nothing to do with Complainant, and asked him to "please get her a fresh cup of coffee." Haney took her money off the counter and told Complainant, "Let's go—they do not deserve my money." Barrera continued to tell Complainant to leave the restaurant and that he was going to call the police. Haney said she was never denied service before and never treated this way in her life.

**Staff Note:** The Commission Investigator contacted Haney on April 9, 2014, to verify her written statement. Haney stated that she had nothing to add to her statement.

## 7.     UNAVAILABLE EVIDENCE

The Commission Investigator requested that Respondent McSween Enterprises provide a copy of the video surveillance footage of the restaurant on October 17, 2014. McSween Enterprises informed the Commission that it cannot provide the requested evidence because its surveillance footage is retained for 15 days and then the disc is "rewritten" or recorded over with new footage.

## 8.     DETERMINATION

Complainant alleges that he was subjected to differential treatment by McDonald's employees because of his race, color, national origin, sex, religion, and disability when he was refused a "fresh" cup of coffee, yelled at, threatened, and told to leave the restaurant. Respondents deny that Complainant was subjected to discriminatory treatment. Respondent McSween Enterprises contends that Complainant was asked to leave the restaurant after exhibiting disruptive behavior, insulting the employees, and using profane language.

The investigation revealed that Respondent McDonald's Corporation did not control any employee at the restaurant located at 2525 S. Michigan as it is a franchisor. Thus, McDonald's Corporation is not a proper respondent in this matter.

The investigation revealed that Complainant asked for a fresh cup of coffee, that it be made in "plain view," and that Powell wash her hands before making it. The investigation further revealed that Complainant and employees of the restaurant engaged in a verbal altercation. Although Complainant contends that the employees engaged in "racist" behavior, the investigation did not reveal any substantial evidence that any action of the employees was based on Complainant's race, color, national origin, sex, religion or disability. There was no

5

title - Mcdonalds corporate

Office - MCDONALDS corporation, MCDONALDS USA, LLC

Agency head OFFICER

1-800-244-6227 -
Freedom of Information ReQuest

address - 2111 mcdonalds drive
city - Oakbrook - Illinois - 605233

617 : Pm
date - OF OCCURANCE
10 - 17 - 14

"Footage - to - Be Preserved"

Re: A Freedom of Information Request. Pursuant U.S.C.
Act.

552 Section: Foia Agent(s) - I-(A) - Discriminated

Dear McDonalds FoiA Agent(s) U.S.C 552 section
Disabled adult am under provisions Surveillance video, footage,
requesting Data relating to a monitoring - 2525 S
& all camera securing/should have been [# 5708], this is relating
Dr Martin King Drives St, chicago, Illinois 60616/5708 this is relating
a serious Federal violation of The Constitution of The
state of Illinois where (me) and Jennifer white female where
denied Coffee/fresh and refused Service a (1964 Civil Rights)
violation.
Title 42, color . Law
18, U.S.C.

I need this Data Immediately for Largistic
purposes & feel this is Benefecial to THE PUBLIC and ReQuest
feel all Fee's should Be Waived Because this (4) $
its The (Public Interest) categorie, We Both were Loaned
who we were "cussed, yelled at by 99% of employees,
xcept Daniele wearing name tags, Before granting request
ince this "Benefits The Pudle Primarily, If all or some this
ReQuest is Denied, Please cite the Specific reason you think Justified
our refusal to release Data, copies, surveillance anonb (617-100Pm) 2014
ino Inform me of my Appeal Procedures available to me under law
I would appreciate your handling this request Quickly as Possible
and I Look Foward to hearing From you within 10 Days as
The Law Stipulates.

the reasons For this
request is Due to
consumer Deception & unlawful Access to

Sincerly (Whistblower) Protected: 2DD
2 Dunn
7022 S saginan st
chicago, il, 60619

Denied service
Drinks Kickout
For no merit/Affront
Based on our racein



I Jennifer Haney entered McDonald's restaurant on Oct 17, 2014 located at 2525 S. Martin Luther King Drive, Chicago. IL. I went into the restaurant and went straight into the restroom. After I went to the restroom I went to the register, where I heard Raul telling Mr Dunn, "Get the fuck out of here." At this time Mr. Dunn updated me what had just happened. I took money out of my purse and said, "I would like a fresh cup of coffee." At this time I was told from Raul, "If he gets the fuck out of the store I'll serve you, because its for him." I said "I have nothing to do with him, please get me a fresh cup of coffee." I took my money off the counter and said, "Lets go, they do not deserve my money." Raul said he was going to call the police. I kept telling Mr Dunn to get out of the store. Mr Dunn and I left without being served. I have never been denied a product/service before. I Never seen anyone be treated like this in my life. How can anyone deny serving someone that has money.

X- *Jennifer Haney*

Subscribed and sworn to before me
this 30 day of March 2015
at Chicago, County of Cook, State of Illinois.

Notary Public

"OFFICIAL SEAL"
Rochelle Closure-Stanford
Notary Public, State of Illinois
My Commission Expires 8/23/2017

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

∫ Doe )
)
Plaintiff )  **Case Number**:
)
v. )  **Judge**:
McDonalds Corporation, McDees )
CEO Director Steve Eastbrooks )  **Magistrate Judge**:
McSween -owner Defendant Unknown operators
President/"McSween
Esperanza Enterprises"
c/o O. Powell Rocco J. Claps-Director
R. Barrera/Burrera IDHR

Conspiracy To Interfere With Civil Rights

42.U.S.C
§ 1985

∫ Plaintiff "Doe" c/o Dunn re-alleges and incorporate
By reference Paragraphs ___ through ___, as if
Fully Set Forth herein.
∫ as alleged Rocco J. Claps, his Investigator
Anna, Polowin, her managers P. Williams, MS. Faye
MR Brent Harzman, The Intake managers (etc) FaHe In
all Dept. combined to accomplish for yrs
By a retaliatory "WhistleBlower violative"
action (By Concerted) action, an unlawful purpose,
Namely, the unlawful "Seizure" ordered seizure
of MR Dunn & his Witness/support Person
Charles, To Entrusions of plaintiffs "Due
Process" By ordering already Reported, State
Police Dept of Illinois to remove, plaintiff
from equality like opportunites, from the IDHR
Denying The complaintent (Twice) To attend
his own Fact-Finding conference US
McDonalds "McSween corporation" D/B/A as
McDees company, The actions Taken to

Per Petuate this Conspiracy ... Ruse,
But are not Limited to, the following:
a. after Each denial of entrance Onto
The Thompson center for no Reason, crime
During Periods of when The detector search
Booths weren't even functioning, Dunn reported
these occurences & IDHR abuse, "hidden" to
The state Inspector general & The Honorable
FOI / FTC / Hon governors' office: after each
report abuse, harrassing letters, Downgraded
Language, responses un ordered were sent too
DUNN & DUNN continuously had his charges
Deliberately Blotched, altered, evidence, smeared
BY "Investigations actl(s)/policy Rules us
The harmed.
B.) The plaintiff Alleges and can proove if
need be Investigators Disappear /vanish
numerously-after-ruling (while deny ing- fairness
at the human rights commission as well) against
DUNN yet, delaying ruling us Businesses who
& event tendered - over (37 (+) days all parties
(Dora Powell) to the "civ Rgts violation"-charge
The required attendance, answer to allegation(s).
c) DUNN was given racial epithet thrtats
from white state Police on Sept-9th-2015
when williams, n Baldwin, vanished Together
Be entered "rear" as DUNN requested a default
DUNN was for "non compliance" BY McDees
accordance denied equality, due Process In
with The state / us Constitution.
D) all employees female working Counter Knows
DUNN (his friendliness, compassion, But Sept-9th 2015
created a Intimidative force us DUNN to deny his

(e) DUNN was cool Tys Requesting Requesting for Proof as-(before Its Been Done By Dan reedy "vanishing Investigator who talked Plaintiff "out-of-counts, charges" to my Demise then vanished from the IDHR Ranks)- TO citizen ship of respondent(s) abusive, threatening raul Barerra D Powell (vanishing allegedly) and Burrera, after May-28-2015

mcDees, "mcsween enter prises owner/unknown name taggless, street clothed managers, but Dunn's request, for fairness, un racially motivated opportunites were met By retaliation a sense of "covering for the "unregistered" Alleged "mcdonalds corporation" No "mcsween sign# McSween present en windows/outside.

F.) DUNN gave fastly, to both corrupt, abusive Tax waste Entities, Full-witness testimony to The corrupt city on human relations commission chicago & to "IDHR and Proof of Different Treatment at "urban Black mcdees" yet extensions of Time" & Default answers were-all-Plaintiff saw from the kickback giving Businesses, mcDees who immediately spoilated evidence & after Knowing Litigation would ensue, the rules of IDHr were/Have Been to retaliate us DUNN For his Desires of making, Fileing complaints US IDHr with Federal/state agencies for Their wasful, fraudulent, corrupt charge handling Scheme, artifice(s).

Wherefore, Plaintiff "J Doe" c/o Dunn, Respectfuly request that this Honorable Court enter an Order, granting Judgement In Favor, and against Defendants Rocco J. claps Director of IDHr, Esperanza mcsween the mcDonalds" corporation "mcDees", R Burrera, D. Powell, all Investigators, at IDHr, For conspiracy to Interfere us Defendants In an that Damages Be awarded to Compensate us Defendants, reasonable atten fees

count I Mcdonalds corporation d/b/a Mcsween enterprises
Allegations are fraudulent,misrepresentive of the true facts

plaintiff visited the mcdonalds whom denied dunn a drink on
October 17,2014 wearing a black,colored,knitted kufi.the place
Where he was told to "get the fuc out of the store" and that he
Raul would fuc dunn up!")dunn almost had a drink that "grimingly
The cashier would have probably given dunn but as she was shoved
Out the way :a deliberate act,then as raul ,working for mcdonalds
Under color of state law took the money out the cashier and  then
Gave it back to dunn was done under a entire amount of cameras.
Thje abuse was from these mcsween employees whom only one person
Wore a nametagg,and daneeile,danielle ) had nothing to do with it
The very contention this restaurant stated he would keep the film
As dunn called corporate and the business rendered a duty to
Preserve so it's position committed violating attorney rules
of misconduct 8.4 were being violated by paralegals onbehalf of
the law firm of Lapointe law for profit inside a professional
Corporation.,these firms involved have "failed to disclose a
Material fact knowing it would be neccessary to avoid criminal
Acts done by its clients,prohibitted by rule 1.6

2) They contend they did a investigatioinb with routine destroyed
Material evidence to the complaintents favor,also attempted to vo
VOID off the white female witness as though she came to save the
"poor" colored-coppertoned -dunn from danger) but she gave a
Enclosed testimony to the iNvestigator oakly and affidavit
Which was notaried and true,which was given to a white male in
A brown suit blazer,by dunn just prior to this "unfound finding.
When dunn told/adverted to determined to deny dunn(raul,)raul
was told "this is vs islam and the hadith,raul shrugged,signed
And i don't give a fuc about that shit ,fuc idhr,as dunn stated
This is a form of discrimination,dunn clearly as always ,often wa
Was wearing his knitted kufi on his hgead.head.these incorporated
Statements has misled the commission and dunn.it's partial
Reversal of truths is an admitted lie vs patrons whom just wanted
Something hot on a cold day.THUS DUNN MEETS THE BURDEN OF EVIDNEC
#-3)Mcsween falsifies reports dunn didn't make the investigator
Can easily attest and inquire of that thru acellcall to the
Toll free number.the mcsween corporation was reported to the HoN
FBI since the police wouldn't take a report,as well the FTC took
a report of such a heinous,blood psi act vs dunn.this business
Cannot even begin to implement meritless arguments of evidence
When as the posseors it destroyed,altered,remooved,voided the"
Real evidence inducing witnesses which is prohibited by law.
4) the city of chicago of human relations has rules and regulatio
similar to a court of law therfore a harmed victim as dunn and
The stinch this would leave to a jury,must have and reversal if
I can show nm that this took place,and that had the evidence as
requested been kept it would support the patrons,and in light of
The very fact dunn did have to force them hy repeatedly begging
For rauls name shows a denial at the highest ,no drink was ever
                              Tendered,no cops came,the integrity

                     of this investigation has been breached

                     the rights of dunn & his witness have been

                     violated,WHEREFORE I Pray for reversal
$ 12,000 Judgment
Dunn
____ s sangamon st chicago, IL ____

At this location,dunn and witness could have been given false
Data and the destruction of evidence that a reasonable person
Would had knew,should had known could occur from the fact dunn
Badly affirmed them all that they could explain it to all state
Agencies,thus without this footage in this restaurants control
Their reputation dunn and the public rely upon leads a person
Into being misled that the entity is not mcdonalds affiliates &
Their untruthful badfaith frivolous answer should be ruled vs
Them

6.) The commission and the Mayor will be listed as a Defendant
In this proceeding whereby i'll seek a disclosure of attorneys
Involved to pursue a "non-immunitive" damage assessment of what
I could have gotten if not for the commission allowing a report
Filed by dunn to be deleted,or altered in dunn's absence.

7.)Dunn's investigator vanished just prior to this cruel,unjust
Finding ,never sending dunn as much as a postcard,call,etc.
The investigator didn't even know about the finding until i
Had called and theirs no "immunity from the Honorable Fbi
Or any other subsequent investigatory unit dunn would also
Be notifying.

8.)Raul's contentions and threats were factual as he had nothing
To do with the sale, and peered,jeered racial overatures to dunn
As powell and dunn joked over a statment dunn made.(footage as
In terms of a already "preexisting duty" should have been kept
Due to responses employees stated confirming all doubt they
Knew dunn belonged to a protective classs.both white female
And dunn were threatened,cops he called immediately(see travon
Martin) but they did not come as dunn was orally saying"he
Won't serve us a drink and i got money in hand"

9.)MCDONALDS OFFENDS THE complaintent stating they gave me a cup
Of coffee this is a sanctionable conduct coaching a witness into
Lieing vs a parties while destroying,altering,ommitting the
Evidence vs statutes of the state,knowing that it would  had
Prooved beyond a reasonable of contended doubt(outside witness
Testimony that we both were cursed,threatended dunn was,dunn
has been ill after drinking at this restaurant with subsequent
Diaghosis for gastricinis,and diaherrea by which medical bills &
Other mental anguish has ensued .dunn has agreed to not go back
And sign a release agreement not to pursue federal 1964 rico,
Civil rights,consumer ,false advertISEMENT counts and ADA
Claims in exchange for 15,000/$12,000  with withdrawal of IDHR
CHARGES already perfected but the "expedient" rushing along a
Finding were dunn as it did not even contact dunn as assured
By investigator for a hearing.this ruling can not be in good
Faith seeing that plaintiff relied under prudent ordinary care
Standards when he came inside after his patron went in,and asked
With cash if he could have a "fresh-cup-of-coffee,it appeared
As ms powell were engaged until shoved aside,having raul remooved
The cash which had been taken ,and raul returned it over & over
To dunn and the restaurant with the mcdonalds cups,outfits,fries
Through it's controlling operations "denied" the equal & fair
Enjoyment of the facility.

10.)dunn and witness had money,both spent money their before,both
Were denied,dunn wore kufi,physical handicap,obvious ailment
Dunn plead his case business-like and professional to still be
With mailistic malice,wanton hate ,told "get the fuc@ out of the
Store",& "I don't give a fuc about the dept of human rights"!and
On and on he's gonna fuc@ me up!usc 1509 title 18 prohibits
The deliberate destruction of evidence.dunn has given evidence
Of different black mcdonalds rendering to him a deifferent
Service treatment,this hispanic dominated that day-business denied
dunn a drink vanished footage of it

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

)
)
)
Plaintiff )
)
v. )
)
MCDonalds Corporation Pres. )
D/B/A Mcdees — Ceo Director )
Steve eastbrooks )
Mcsween enterprises Defendant )
D/B/A mcdonalds )
sperana msween unknown powners
pres owner.
/o Raul Burrera racco J.claps
Barrera Iohr
D- Powell (witness) Director

Case Number:

Judge: Hon Sitting

Magistrate Judge: 42 U.S.C.
Public $ 2000 (a)
accommodation
civil rights 1964 Act

## OUTrageous Conduct And Gross Negligence

) Plaintiff reallege Paraphaps through

) the Conduct of The Defendants, McDonalds Corporation D/B/A "mcDees", MR Raul Baverra, MS Burrera Dera Powell cashier, Telephonic Customer service employees at the mcdees call center who Provide ref #'s & Fake, Deceptive, that which (Plaintiff rely) Promises That "someone within 48 HRS would contact me", never out of 14 (+) calls, Did this happen. McDonalds Disowned Its Venoor, Employees In "street, mcdee clothes", Threatening Discriminated handicapped Consumers. & Caucasian Ladies.

) Placing Into The Stream of commerce "McDonalds", "mcdees", Used "I'm Loving It" On "shirts", "commercials", "radios" Luring more and more of Plaintiffs returning, Constant Business all over Illinois/michigan

) The "Motto was Beyond Puffery & advertising
. This In The Business, while Not Disclosing
   a "Disclaimer" That' IF customers request
   a "Fresh cup of coffee", Islamic Faith / Handicapped
                                        And

That They'd Be verbally abused / threatened By
"MC Sween" Enterprise o/B/A McDees as 5708#
and, These, In addition to failing to
Implement a "No rescue By Danger Doctrine"
Notice on The wall, That IF Someone
comes From The restroom to resolve a
Issue as a "good samaritan" That Patron
Will Be refused service Kicked out cursed
No Drinks, even with money, This is willful
and with wanton, outrageous, Disregard, as
was McDees "knowing" of the (Footage Keeping
request") Sent / reported — same Day, yet McDees
failed to Preserve it, to show harm to Plaintiff(s)
rights, By Its workers / agency relationship,
This warrants The assessment of Punitive &
exemplary Damages In a sum To Be Deemed Fair
and reasonable By The Trier of Fact.
) The willful AND wanton conduct of the Defendant
In total Disregard of Plaintiff(s) caused Plaintiff(s)
Injuries. The plaintiffs & each of Them
) WHEREFORE The plaintiffs vs the Defendants, Jointly, and
Demand Judgment as Follows.
severally
1) for compensatory Damages, and Punitive Damages To
   Be Deemed Fair By a Trier of Fact.
2) For The Cost and Disbursments to Prosecute The
   acts Dated : 10-19-15                    10/19/2015

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

)
)
Plaintiff )
)
v. )
)
MCDonalds corporation      Pres. )
o/b/a Mcdees - Ceo Director )
                    Steve eastbrook )
McSween enterprises  Defendant )
o/b/a mcdonalds      unknown owners
Esperanza Msween     racco J. claps
Pres owner.          IO Hr
c/o Raul Borrera      Director
        Barrera
D-Powell (witness)

**Case Number:**

**Judge:** Hon Sitting

**Magistrate Judge:** 42 U.S.C.
Public § 2.00 (a)
accomodation
civil rights 1964 Act

OUTrageous  ConDUCT  AND
Gross  Negligence

) Plaintiff reallege Paraphaps  through

) The ConDUct oF The DEFENDANTS, McDONALDS
CORPORATION o/b/a "mcDees", MR Raul Barerra, MS
                                        Burrera
Dora Powell cashier, Telephonic Customer
service employees  at the  mcDees call center
Who  Provide reF #'s & Fake, Deceptive, that
which (Plaintiff rely) Promises That "someone
Within 48 HRS  WOUlD  contact me", never
out of 14 (+) calls, DiD This  happen. McDONALDS
DisowneD Its VenDoR, Employees In "street mcDee clothes",
Threatening Discriminated handicapped ConsumeRs. & Caucasian LaDiES.

) Placing Into The  Stream  oF commerce
"mcDonalds", "mcDees", used "I'm Loving It" on
"Shirt# "commercials", "radios" Luring more and more
oF Plaintiffs returning, Constant BUSINESS all over
                                        Illinois/michigan

.) The "Motto was Beyond Puffery & advertising. This In the Business, while Not disclosing a "Disclaimer" That IF customers request a "fresh cup of coffee", Islamic Faith /Handicapped

That They'd Be verbally abused /threatened By "McSween" Enterprise o/d/A McDees as 5708# and, These, In addition to failing to implement a "No rescue By Danger Doctrine" Notice on The wall, That IF someone comes from the restroom to resolve a Issue as a "good samaritan" that Patron Will Be refused service Kicked out cursed No Drinks, even with money, This is willful and with wanton, outrageous, Disregard, as was McDees "knowing" oF the (Footage Keeping request") sent /reported — sameDay, Yet McDees failed to Preserve It, to show harm to Plaintiff(s) rights, By Its workers /agency relationship, This warrants The assessment oF Punitive & exemplary Damages In a sum To Be Deemed Fair and reasonable By The Trier oF Fact.
The willful AND wanton conduct oF the Defendants In total Disregard oF Plaintiff(s) caused Plaintiff(s) Injuries.
WHEREFORE The Plaintiffs & each oF Them severally vs the Defendants, Jointly, and Demand Judgment as Follows.
1.) For Compensatory Damages, and Punitive Damages To Be Deemed Fair By a Trier oF Fact.
2.) For The cost and Disbursments to Prosecute The acts  Dated: 10-19-15          10/19/2015